UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 23-11474-LMI**
CHAPTER 7

In re:
Nancy Morales,

    Debtor.
_____/

**MOVANT, IMPERIAL FIRE AND CASUALTY INSURANCE COMPANY's MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

**ANY INTERESTED PARTY WHO FAILS TO FILE AND SERVE A WRITTEN RESPONSE TO THIS MOTION WITHIN 14 DAYS AFTER THE DATE OF SERVICE STATED IN THIS MOTION SHALL, PURSUANT TO LOCAL RULE 4001-1(C), BE DEEMED TO HAVE CONSENTED TO THE ENTRY OF AN ORDER GRANTING THE RELIEF REQUESTED IN THE MOTION.**

    Movant, IMPERIAL FIRE AND CASUALTY INSURANCE COMPANY, by and through its undersigned counsel, pursuant to 11 U.S.C. Section 362(d), files this Motion for Relief from the Automatic Stay, and as grounds states:

    1.    Debtor, NANCY MORALES, is a defendant in an independent state court action for declaratory judgment.

    2.    As set forth in greater detail below and in the state court pleadings which are attached to this Motion as exhibits, the state court action seeks, among other things, declaratory relief against Debtor establishing that Movant, IMPERIAL FIRE AND CASUALTY INSURANCE COMPANY, has no duty to defend or indemnify Debtor. However, the Automatic Stay has arisen by reason of 11 U.S.C. Section 362 of the Bankruptcy Code.

    3.    On November 5, 2022, the Movant, IMPERIAL FIRE AND CASUALTY

INSURANCE COMPANY, filed a Complaint for Declaratory Judgment in the Circuit Court of the 11th Judicial Circuit In and For Miami-Dade County, under Case No.: 2022-021284-CA-01 (the "State Court Case"), against Debtor, NANCY MORALES, and Westlake Services, LLC d/b/a Westlake Financial Services, seeking to have the court declare that IMPERIAL FIRE AND CASUALTY INSURANCE COMPANY has no duty to defend and/or indemnify Debtor for any claims against IMPERIAL FIRE AND CASUALTY INSURANCE COMPANY and/or NANCY MORALES, arising from a motor vehicle theft on or about January 26, 2022. A true and correct copy of the Complaint for Declaratory Judgment (hereinafter, the "Complaint") is attached hereto as **Exhibit "1"**.

4. These claims arise out of an insurance policy that was issued by Movant, IMPERIAL FIRE AND CASUALTY INSURANCE COMPANY, to Debtor, NANCY MORALES, bearing policy #XXXXXX8728. Copies of the policy documents are attached to the Complaint as Exhibit "A" and Exhibit "B." *See* **Exhibit "1."**

5. On March 1, 2023, Debtor filed a Suggestion of Bankruptcy in the State Court Case. *See* **Exhibit "2."**

6. Prior to Debtor filing the Suggestion of Bankruptcy, Debtor had been served with a copy of the Complaint. A true and correct copy of the Return of Service is attached as **Exhibit "3."**

7. The issue of whether NANCY MORALES has an interest in the subject insurance policy is the crux of the Complaint. Specifically, Movant, IMPERIAL FIRE AND CASUALTY INSURANCE COMPANY, has rescinded the subject insurance policy and declared the policy void ab initio, and is seeking equitable/declaratory relief to determine its rights and obligations under the subject policy.

8. Movant, IMPERIAL FIRE AND CASUALTY INSURANCE COMPANY, requests the Court enter an order granting Movant relief from the automatic stay to allow Movant to continue the State Court Case as to the declaratory relief so that the issue of coverage under the subject policy may be determined.

9. Movant, IMPERIAL FIRE AND CASUALTY INSURANCE COMPANY, will not seek monetary damages against Debtor, NANCY MORALES.

WHEREFORE, Movant, IMPERIAL FIRE AND CASUALTY INSURANCE COMPANY, respectfully requests this Court to grant its Motion for Relief from the Automatic Stay, and for such other and further relief as the Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed by CM/ECF on April 4, 2023, and that an electronic copy will be furnished via ECF to Debtor's Attorney, Robert Sanchez, Esq. 355 W. 49th Street, Hialeah, FL 33012, and Trustee, Robert A. Angueira, 16 SW 1st Avenue, Miami, FL 33130; and a copy by U.S. Mail will be furnished to Debtor, Nancy Morales, 3620 NW 169th Terrace, Miami Gardens, FL 33056.

/s/ Jennifer L. Morando
Jennifer L. Morando
Florida Bar No. 0059363
**Heatwole Law Firm, P.A.**
1500 E. Robinson Street
Orlando, Florida 32801
Telephone: 407-490-2467
*Attorney for Movant*