Exhibit 2

# RETURN OF SERVICE

State of Florida      County of Miami-Dade      Circuit Court

Case Number: 2022-021284-CA-01

Plaintiff:
**IMPERIAL FIRE AND CASUALTY INSURANCE COMPANY,**


FTR2022003694

vs.

Defendant:
**NANCY MORALES, AND WESTLAKE SERVICES, LLC d/b/a WESTLAKE FINANCIAL SERVICES,**

For:
William J. McFarlane, III, Esq
MCFARLANE DOLAN & PRINCE
210 NORTH UNIVERSITY DRIVE, 6TH FLOOR
CORAL SPRINGS, FL 33071

Received by First Response Process Corp on the 30th day of November, 2022 at 8:00 am to be served on **NANCY MORALES, 3620 NW 169TH TER, MIAMI GARDENS, FL 33056.**

I, Nassim Tauil, do hereby affirm that on the **5th day of December, 2022 at 7:55 pm,** I:

**SUBSTITUTE** served by delivering a true copy of the **Summons, Letter, Complaint For Declaratory Judgment with Exhibits A-D, Plaintiff's Combined First Request for Admissions and Request for Production to Defendant, Nancy Morales, with Exhibit "C"** with the date and hour of service endorsed thereon by me, to: **Yanet Lopez as CoResident** at the address of: **3620 NW 169TH TER, MIAMI GARDENS, FL 33056**, the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes F.S. 48.031(1)(a)

**Description** of Person Served: Age: 35, Sex: F, Race/Skin Color: Hispanic, Height: 5'3", Weight: 160, Hair: Light Brown, Glasses: Y

I acknowledge that I am a Certified Process Server in the Circuit in which this defendant was served, and that I have no interest in the above action. Under penalty of perjury, I declare that I have read the foregoing Affidavit of Service and that the facts stated in it are true.

Nassim Tauil
CPS#2105

**First Response Process Corp**
**P.O. Box 17431**
**Fort Lauderdale, FL 33318**
**(954) 802-6884**

Our Job Serial Number: FTR-2022003694
Ref: N220045037

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.1u

Filing # 161249616 E-Filed 11/15/2022 12:13:01 PM

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT IN AND FOR MIAMI DADE COUNTY, FLORIDA

IMPERIAL FIRE AND CASUALTY INSURANCE COMPANY,

       Plaintiff,

v.

NANCY MORALES, AND WESTLAKE SERVICES, LLC d/b/a WESTLAKE FINANCIAL SERVICES,

       Defendants.
_____/

Case No.: 2022-021284-CA-01

SERVED: Yanet Lopez
DATE: 12-5-22    TIME: 7:55p
BY: Nissim Tavil    ID: 2105

## SUMMONS

**THE STATE OF FLORIDA:**

To Each Sheriff of the State:

**YOU ARE HEREBY COMMANDED** to serve this Summons and a copy of the Complaint or Petition in this Action for Declaratory Judgment, Plaintiff's Combined First Request for Admissions and Request for Production on Defendant, **NANCY MORALES** at:

    3620 NW 169th Ter,
    Miami Gardens, Fl 33056

Each defendant is required to serve written defenses to the complaint or petition on **WILLIAM J. McFARLANE, III, ESQ.**, Plaintiffs' attorney, whose address is **McFARLANE LAW, 210 NORTH UNIVERSITY DRIVE, 6TH FLOOR, CORAL SPRINGS, FL 33071, TELEPHONE: (954) 340-0005**, within twenty (20) days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiffs' attorney or immediately thereafter.

    If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

2022-021284-CA-01

DATED on: 11/17/2022

_[signature]_

**WILLIAM J. McFARLANE, III, ESQ.**
Florida Bar No.: 768601
Attorneys for Plaintiff
McFARLANE LAW
McFarlane Dolan & Prince
(954) 340-0005 Broward
(954) 340-0055 Facsimile
pleadingservice@mcfarlanedolanlaw.com
wmcfarlane@mcfarlanedolanlaw.com



Harvey Ruvin
As Clerk of the Court

By: _____
As Deputy Clerk

**Civil Division**
**73 W. Flagler Street**
**Miami, FL 33130**

---

### AMERICANS WITH DISABILITIES ACT OF 1990 ADA NOTICE

"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Miami-Dade County Court's ADA Coordinator at Lawson E. Thomas Courthouse Center, 175 N.W. 1st Avenue, Suite 2702, Miami, FL 33128, telephone numbers (305) 349-7175 for voice or (305) 349-7174 for TDD and 349-7355 for fax, within two working days of your receipt of this document. If you are hearing or voice impaired, please call 711 for the Florida Relay Service."

---

### **IMPORTANT**

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want to court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiffs' Attorney" named below.

## **IMPORTANTE**

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentaria ante este tribunal. Una llamada telefoncia no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechose, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no concoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiffs' Attorney" (Demandante o Abogado del Demandante).

## **IMPORTANT**

Des pouirsuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir dela date de l'assignation de cette citation pour deposer une reponse ecrite a la loanite ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du nunommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous resquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du bribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au (Plaintiff/Plaintiffs' Attorney" (Plaignanct ou a son avocat) nomme ci-dessous.