IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

IMPERIAL FIRE AND CASUALTY      CASE NO: 2022-021284-CA-01
INSURANCE COMPANY
        Plaintiff,

vs.

NANCY MORALES, AND WESTLAKE
SERVIDES d/b/a WESTLAKE FINANCIAL
SERVICES
        Defendant,
_____/

## SUGGESTION OF BANKRUPTCY

     Defendant, Nancy Morales, show that she has filed a petition for relief under Chapter 7 of Title 11, US Code, in the United States Bankruptcy Court for the Southern District of Florida, which has been assigned case number 23-11474-LMI.

     Relief was ordered on February 24, 2023 and suggests that this action has been stayed by the operation of Title 11 U.S.C. Section 362.

     This notice shall not constitute a notice of appearance on behalf of Defendant(s) in the instant case. Undersigned counsel solely represents Defendant(s) in the above referenced Bankruptcy case.

## CERTIFICATE OF SERVICE

     **I HEREBY CERTIFY** that on this 24th day of February, 2023 a true and correct copy of the foregoing has been furnished via U.S. mail to: William J McFarlane III, Esq, McFarlane Law, 210 N University Drive, 6th Floor, Coral Springs, FL 33071, email address: pleadingservice@mcfarlanedolanlaw.com  Creditor email address: nancymoramartinez@icloud.com , and Clerk of Court at 73 West Flagler Street, Miami, FL 33130.

                                  Robert Sanchez, Esq.
                                  355 West 49 Street
                                  Hialeah, FL 33012
                                  Tel. (305)-687-8008

                                  By: _/s/ Robert Sanchez_____
                                  Robert Sanchez, Esquire
                                  FBN#0442161